PHILLIP A. TALBERT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. 1:17-po-00201-SAB |
| v. | ) ) | |
| SCOTT BALLARDO, | ) ) | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT |
| Defendant. | ) ) | SCOTT BALLARDO |
| | ) ) ) ) | |

WHEREAS, the discovery in this case produced to date and which is forthcoming from the United States of America contains a large amount of personal information including but not limited to names and telephone numbers ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant Scott Ballardo, by and through his counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of their attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising each defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: November 28, 2017 | By: | /s/ Andrew Wong |
| | | ANDREW WONG |
| | | Attorney for Defendant |
| | | SCOTT BALLARDO |

DATED: November 28, 2017     PHILLIP A. TALBERT
                             United States Attorney

                     By:     /s/ Darin Rock
                             Darin Rock
                             Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **November 29, 2017**

_____
UNITED STATES MAGISTRATE JUDGE