| | |
|---|---|
| 1 | HEATHER WILLIAMS, CA Bar No. 122664 |
| | FEDERAL DEFENDER |
| 2 | ANDREW WONG, CA Bar No. 308269 |
| | ASSISTANT FEDERAL DEFENDER |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | SCOTT BALLARDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-po-201-SAB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ALLOW FIXED-SUM |
| | ) | PAYMENT IN LIEU OF APPEARANCE; |
| vs. | ) | ORDER |
| | ) | |
| SCOTT BALLARDO, | ) | |
| | ) | Judge: Hon. Stanley A. Boone |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Scott Ballardo, that this case shall be resolved by payment of a fixed-sum in lieu of Scott Ballardo's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Scott Ballardo agrees to pay a $150 fine and $30 processing fee for a total of $180 on or before January 18, 2018. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the status conference currently scheduled for January 18, 2018 will be vacated and this case will close.

/ / /

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: December 1, 2017 */s/ Darin Rock*
DARIN ROCK
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2017 */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
SCOTT BALLARDO

**O R D E R**

IT IS SO ORDERED.

Dated: **December 1, 2017**

UNITED STATES MAGISTRATE JUDGE