HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
SCOTT BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-po-00201-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO VACATE JANUARY 18, ) 2018 HEARING AND CLOSE PAID |
| vs. | ) CITATION; ORDER |
| SCOTT BALLARDO, | ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Scott Ballardo, that the Court vacate the January 18, 2018 status conference and close this case.

Scott Ballardo has paid Citation No. 6310056 in full. Based on this information, all parties request this matter be closed upon the Government's dismissal of Citation No. 6310056.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Date: January 10, 2018          */s/ Darin Rock*
                                DARIN ROCK
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: January 10, 2018          */s/ Andrew Wong*
                                ANDREW WONG
                                Assistant Federal Defender
                                Attorney for Defendant
                                SCOTT BALLARDO

## **O R D E R**

**IT IS SO ORDERED.** The January 18, 2018 status conference is vacated and Defendant's case is ordered closed.

IT IS SO ORDERED.

Dated:  **January 10, 2018**

UNITED STATES MAGISTRATE JUDGE